In re Alexander, Albert Kirk; — Plaintiffs); applying for supervisory and/or remedial writ; to the Court of Appeal, Third Circuit, Nos. CW95-1303, KW93-1055; Parish of Lafayette, 15th Judicial District Court, Div. “H”, No. 48651.
Writ granted in part; case remanded to the district court. The district court is directed to hold a contradictory hearing with the arresting agency and, if appropriate, enter an order of expungment of arrests. See R.S. 44:9(B). In all other respects, relator’s application is denied. See R.S. 44:9(F); State v. Savoie, 92-1586, p. 3 (La. 5/23/94), 637 So.2d 408, 410 (“[p]ublic. records which may be ‘expunged’ need not be ‘destroyed’ ”).
KNOLL, J., recused; not on panel.